## Harding *v.* McConnell, Appellant.

Argued October 2, 1964. Before Bell, C. J., Musmanno, Jones, Cohen, Eagen, O'Brien and Roberts, JJ.

*Samuel C. Holland,* for appellant.

*John J. Hudacsek, Jr.,* for appellees.

OPINION PER CURIAM, November 10, 1964:
Decree affirmed. Appellant to pay costs.